**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, Bharani Ronanki

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>BHARANI RONANKI,<br><br>            Defendant. | CASE NO.  6:13-mj-00064-MJS<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING & SENTENCING TO FEBRUARY 26, 2014; ORDER THEREON** |

   **IT IS HEREBY STIPULATED** by and between the partied hereto, and through their respective attorneys of record herein, that the Change of Plea / Sentencing Hearing in the above captioned matter set for February 25, 2014, **be continued to February 26, 2014, at 10:00 A.M.** Defense counsel requests this change to consolidate her Yosemite cases into one day.

Dated: January 14, 2016                                       /S/ Carol Ann Moses
                                                                              CAROL ANN MOSES
                                                                              Attorney for Defendant,
                                                                              Bharani Ronanki


Dated: January 16, 2014                                       /s/ Susan St. Vincent
                                                                              SUSAN ST. VINCENT
                                                                              Legal Officer
                                                                              National Park Service

**ORDER**

IT IS SO ORDERED.

Dated:   January 19, 2014              /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE