1 | **CAROL ANN MOSES  #164193**
Attorney at Law
2 | 575 East Alluvial, Ste. 105
Fresno, California  93720
3 | Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
4 |

5 | Attorney for Defendant, Bharani Ronanki

6 |

7 |

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,                 CASE NO.  6:13-mj-00064-MJS

12 |                    Plaintiff,

13 |         v.                                **STIPULATION TO CONTINUE REVIEW HEARING TO FEBRUARY  5, 2015;**

14 | BHARANI RONANKI,                           **ORDER THEREON**

15 |                    Defendant.

16 |

17 |        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18 | respective attorneys of record herein, that the Review Hearing in the above captioned matter set

19 | for February 3, 2015, **be continued to February 5, 2015, at 10:00 A.M.**  Defense Counsel has

20 | other cases on calendar in Yosemite on February 5th and would like to consolidate trips to

21 | Yosemite.

22 |        Mr. Ronanki was ordered to pay a total fine of $5,000.  To date, he has paid $1,009

23 | towards his fine.  He was ordered to pay $791 for restitution.  He has paid that amount in full.

24 | Mr. Ronanki was ordered to post on his Facebook page that he received the maximum penalty for

25 | his offense.  He posted the terms of his sentence and a screen shot of his Facebook page was

26 | provided to Susan St. Vincent of the Yosemite Legal Office.

27 | ///

28 | ///

STIPULATION TO CONTINUE
REVIEW HEARING
TO FEBRUARY 5, 2015

1

1   Mr. Ronanki has not started his community service yet.  He works full time and was

2   forced to make an unexpected trip to India for a family emergency.  He expects to begin working

3   on his community service soon.

4

5   Dated:  January 27, 2015                          /s/ Carol Ann Moses

6                                                     CAROL ANN MOSES
                                                      Attorney for Defendant,
7                                                     BHARANI RONANKI

8

9   Dated:  January 27, 2015                          /s/ Matthew McNease

10                                                    MATTHEW McNEASE
                                                      Legal Officer
11                                                    National Park Service

12

13

14                                  ORDER

15      The above STIPULATION TO CONTINUE REVIEW HEARING TO FEBRUARY 5,

16   2015, in Case No. 6:13-mj-00064-MJS is hereby approved and adopted as the Order of this Court.

17   IT IS SO ORDERED.

18

19      Dated:   January 27, 2015            /s/ *Michael J. Seng*

20                                           UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE
REVIEW HEARING
TO FEBRUARY 5, 2015